UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RANGER INSURANCE COMPANY

VS. C.A. NO.02-224ML

COOLEY, INC.

**MEMO IN SUPPORT OF KRISTEN DULL'S MOTION FOR WITHDRAWAL OF APPEARANCE**

Kristen M. Dull is no longer employed by the firm of Gidley, Sarli & Marusak, LLP and has moved out of state. Under the circumstances and the fact that she is no longer actively practicing in the state of Rhode Island mandate that her Motion For Withdrawal of Appearance be granted. The undersigned counsel continues to represent Cooley, Inc. in this matter, and is all respects able to effectuate appropriate representation

**WHEREFORE**, Defendant Cooley, Inc. requests that Kristen M. Dull's motion be granted.

/s/ Michael G. Sarli
Michael G. Sarli #2719
Gidley, Sarli, & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
Tel: (401) 274-6644; Fax: (401) 331-9304

**CERTIFICATE OF SERVICE**

Holly R. Rao, Esq.
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

I hereby certify that I forwarded a copy of the foregoing to the above-reference counsel of record via deposit in the United States mail, postage prepaid/hand-delivery on this 16th of August, 2006.

/s/ Michael G. Sarli

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED AUG 0 1 2006

RANGER INSURANCE COMPANY

VS. C.A. NO.02-224ML

COOLEY, INC.

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Kristen M. Dull hereby moves for withdrawal of her appearance. As grounds therefore, she states that she is no longer actively practicing in the State of Rhode Island, nor representing Cooley, Inc. Cooley, Inc. continues to be represented by Michael G. Sarli in this matter.

**WHEREFORE**, Kristen M. Dull requests that this motion be granted.

Kristen M. Dull #6897
4901 Riverwood Drive
Savage, MN 55378

**CERTIFICATE OF SERVICE**

Holly R. Rao, Esq.
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

I hereby certify that I forwarded a copy of the foregoing to the above-referenced counsel of record via deposit in the United States mail, postage prepaid/hand delivery on this______ of __________, 2006.

______________________________