UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED AUG 0 1 2006

RANGER INSURANCE COMPANY

VS. C.A. NO.02-224ML

COOLEY, INC.

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Kristen M. Dull hereby moves for withdrawal of her appearance. As grounds therefore, she states that she is no longer actively practicing in the State of Rhode Island, nor representing Cooley, Inc. Cooley, Inc. continues to be represented by Michael G. Sarli in this matter.

**WHEREFORE**, Kristen M. Dull requests that this motion be granted.

Kristen M. Dull

Kristen M. Dull #6897
4901 Riverwood Drive
Savage, MN 55378

**CERTIFICATE OF SERVICE**

Holly R. Rao, Esq.
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, RI 02886

I hereby certify that I forwarded a copy of the foregoing to the above-referenced counsel of record via deposit in the United States mail, postage prepaid/hand delivery on this______ of __________, 2006.

____________________

Granted. Mary M. Lisi USDJ 8/22/06