Case 1:02-cv-00224-ML-DLM Document 24 Filed 10/18/2006 Page 1 of 2

HRR:hrr 6248/22 \pleading\624822stip

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RANGER INSURANCE COMPANY | : | |
| | : | |
| VS. | : | C.A. NO. 02-224ML |
| | : | |
| COOLEY, INC. | : | |

**STIPULATION**

Whereas, the matter of Ranger v. Cooley, Inc., ("the within matter") has been stayed since June 4, 2003, pending the resolution of the matter of Coverstar vs. Cooley, Inc. filed in the USDC in Utah, Central Division ("the underlying matter"); and

Whereas, the underlying matter was resolved at the trial court level by entry of summary judgment in favor of the defendant Cooley, Inc.; and

Whereas, the judgment entered in the underlying matter has been appealed to the Circuit Court of Appeals for the Tenth Circuit; and

Whereas, the resolution of the appeal is not imminent; and

Whereas, Cooley, Inc. states that it has not demanded a defense nor indemnity from Ranger with regard to the underlying action and continues to so state;

It is herein agreed by and between the parties to this declaratory judgment action that the within matter may be dismissed without prejudice pursuant to Rule 41(a)(1)(ii) with the express agreement that should a demand for defense and/or indemnity be made by or on behalf of Cooley, Inc. or any of its successors, subsidiaries, officers and/or assigns with regard to the underlying action, or should the underlying matter be remanded to the District Court, that the within matter may be re-opened and shall resume as if the within matter had never been dismissed.

PLAINTIFF,
By its Attorney,

/s/ Holly R. Rao
Holly R. Rao, Esq. #3539
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DEFENDANT,
By its Attorney,

/s/ Michael G. Sarli
Michael G. Sarli, Esq.
GIDLEY, SARLI & MARUSAK
One Turks Head Place, Suite 900
Providence, RI 02903
PHONE: (401) 274-6644
FAX: (401) 331-9304

ENTER:

Mary M. Lisi USDJ
10/20/06
JUDGE

BY ORDER:

Barbara Barletta
CLERK